UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF MICHAEL S. CURRIER,
C/O THOMAS L. CURRIER,

        Plaintiff,

v.

        Case No. 10-cv-14355

        Paul D. Borman
        United States District Judge

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

        Mona K. Majzoub
        United States Magistrate Judge

        Defendant.

_____/

OPINION AND ORDER
(1) ADOPTING THE REPORT AND RECOMMENDATION (Dkt. No. 13);
(2) GRANTING DEFENDANT'S MOTION TO DISMISS (Dkt. No. 8); and
(3) DISMISSING THE ACTION WITHOUT PREJUDICE

Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation Granting Defendant's Motion to Dismiss. (Dkt. No. 13.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Defendant's Motion to Dismiss, and **DISMISSES** the action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

        _____
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: 9-24-12

1